**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Franklin WILLIAMS, Petitioner**

No. 688 MAL 2016

Supreme Court of Pennsylvania.

February 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Donte MOSLEY, Respondent**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Donte Mosley, Cross Petitioner**

No. 387 MAL 2015
No. 714 MAL 2015

Supreme Court of Pennsylvania.

February 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.